UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-2587 FMO | Date | May 22, 2015 |
|---|---|---|---|
| Title | In Re William Robert Norrie | | |

Present: The Honorable Fernando M. Olguin, United States District Judge

| Julieta Lozano | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

Appellant is ordered to show cause, in writing, by not later than **May 29, 2015**, why this case should not be dismissed for lack of prosecution for failure to:

☐ Pay the filing fee pursuant to 28 U.S.C. § 1930.

X File the statement of issues pursuant to Fed. R. Bankr. P. 8009.

X File the designation of record pursuant to Fed. R. Bankr. P. 8009.

X File a transcript order notice or certificate pursuant to Fed. R. Bankr. P. 8009.

Failure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the action without prejudice.

**IT IS SO ORDERED.**

00 : 00

Initials of Preparer   jloz