# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WILLIAM ROBERT NORRIE ) | Case No. CV 15-2587 FMO |
| ) | |
| Appellant, ) | |
| ) | **ORDER DISMISSING ACTION** |
| v. ) | |
| ) | |
| KELLY T. MALLEN, ) | |
| ) | |
| Appellee. ) | |

On May 22, 2015, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution for failure to file the statement of issues, designation of record, and transcript order notice or certificate pursuant to Fed. R. Bankr. P. 8009.

A written response to the Order to Show Cause was ordered to be filed no later than May 29, 2015. (Court's Order of May 22, 2015). The Order to Show Cause admonished that a failure to submit a response by the May 29, 2015, deadline may be deemed as consent to the dismissal of the action. (Id.). As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. Accordingly, IT IS ORDERED that appellant's appeal is **dismissed** without prejudice for lack of prosecution and for failure to comply with the orders of the court.

Dated this 4th day of June, 2015.

/s/
Fernando M. Olguin
United States District Judge