JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WILLIAM ROBERT NORRIE )<br>)<br>        Appellant, )<br>)<br>        v. )<br>)<br>KELLY T. MALLEN, )<br>)<br>        Appellee. )<br>_____ ) | Case No. CV 15-2587 FMO<br><br>**JUDGMENT** |

    IT IS ADJUDGED THAT the above-captioned case is hereby dismissed without prejudice.

Dated this 4th day of June, 2015.

                                                    /s/
                                      Fernando M. Olguin
                                   United States District Judge